IN RE: ADOPTION OF N.R.B.

Appeal of: R.B.S. mother

510 WDA 2017

Superior Court of Pennsylvania.

08/31/2017

No. 100 of 2015

(Westmoreland)

Affirmed

IN RE: ADOPTION OF I.E.B.

Appeal of: R.B.S., mother

511 WDA 2017

Superior Court of Pennsylvania.

08/31/2017

99 of 2015 (Westmoreland)

Affirmed

COM.

v.

GENTILES

1535 EDA 2010

Superior Court of Pennsylvania.

04/29/2011

CR35897
CP–46–CR–0004045–1997
CP–46–CR–0004126–1997
CP–46–CR–0001429–1999
(Mongomery)

Affirmed, Reversed and Remanded

COM.

v.

WILLIAMS

1381 MDA 2014

Superior Court of Pennsylvania.

04/06/2015

CP–67–CR–0001934–2013,    CP–67–CR–0006449–2013 (York)

Affirmed

